IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARCUS M. FREEMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-250 (MTT) |
| | ) |
| **HOTEL EQUITIES INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 28, 2016, the Court granted the Plaintiff's motion to proceed in forma pauperis and screened the Plaintiff's complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(a). (Doc. 5). The Plaintiff asserted a retaliation claim pursuant to the Age Discrimination in Employment Act ("ADEA") and what appeared to be a hostile work environment claim. The Court allowed the Plaintiff's ADEA retaliation claim to go forward but concluded that his allegations were insufficient to state a hostile work environment claim. (*Id.* at 3). The Court ordered the Plaintiff to recast his complaint if he wished to assert a hostile work environment claim. (*Id.*). On August 6, 2016, the Plaintiff supplemented his complaint with additional allegations. However, after screening the Plaintiff's supplemental allegations, the Court concludes that the allegations underlying the alleged hostile work environment claim are still insufficient to state a claim. Accordingly, the Plaintiff's hostile work environment claim is **DISMISSED without prejudice**.

Because the Plaintiff has sufficiently alleged an ADEA retaliation claim, the Court **ORDERS** that the United States Marshal serve a copy of the complaint and supplemental complaint.

**SO ORDERED**, this 23rd day of August, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
